E-FILED
Friday, 22 August, 2025  03:04:34 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| 3101 W HARMON LLC,<br><br>         Plaintiff,<br><br>v.<br><br>CENTRAL MUTUAL INSURANCE<br>COMPANY also known as CENTRAL<br>INSURANCE COMPANY,<br><br>         Defendant. | CASE NO.   25-cv-1353 |

## <u>NOTICE OF REMOVAL</u>

NOW COMES Defendant, CENTRAL MUTUAL INSURANCE COMPANY (hereinafter "Central Mutual"), by and through its attorneys, LEAHY, EISENBERG & FRAENKEL, LTD., and pursuant to 28 U.S.C. § 1332, 1441, and 1446, states as follows in support of its Notice of Removal:

1.      On June 24, 2025, 3101 W Harmon LLC ("Plaintiff") filed a Complaint ("Complaint") in the Circuit Court for Peoria County, Illinois captioned *3101 W Harmon LLC v. Central Mutual Insurance Company also known as Central Insurance Company*, case number 2025LA119. (A copy of said Complaint is attached hereto as Exhibit A).

2.      On July 25, 2025, Central Mutual was served with the Complaint.

3.      Plaintiff's Complaint, attached hereto as Exhibit A, is the only pleading that has been filed in the state court action.

4.     Plaintiff is an Illinois limited liability corporation and citizen of the State of Illinois, with its principal place of business located at 6600 W. Sauganash, Lincolnwood, Illinois 60712. Plaintiff has two members:

    a.  Marius Bolchis, who is a citizen of the State of Illinois; and

    b.  Michael Bartholomew, who is a citizen of the State of Illinois.

5.     Central Mutual is an Ohio corporation and citizen of the State of Ohio, with its principal place of business located in Van Wert, Ohio.

6.     Plaintiff's Complaint alleges claims for breach of contract against Central Mutual stemming from a property insurance claim for alleged hail and wind damage to property located at 3101 W. Harmon Highway, Peoria, Illinois 61604 ("Property"). Plaintiff's Complaint alleges an estimated amount of loss of $1,702,364.22. *See* Exhibit A.

7.     There is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00, thereby vesting subject matter jurisdiction in this Court pursuant to 28 U.S.C. § 1332.

8.     Venue lies in this Court pursuant to 28 U.S.C. § 1441.

9.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days after receipt by the Defendant of Plaintiff's Complaint.

10.     Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Central Mutual will give written notice to the Plaintiff and will file a copy of this Notice of Removal with the Circuit Court for the Tenth Judicial Circuit of Peoria County, Illinois, and will serve all parties with a file marked copy of the "Notice of Removal."

WHEREFORE, Defendant, CENTRAL MUTUAL INSURANCE COMPANY, hereby removes this matter from the Circuit Court of Peoria County, Illinois to the United States District Court for the Central District of Illinois as provided by law, and this action should proceed as if it had originally been commenced in his Court.

Respectfully Submitted,

**CENTRAL MUTUAL INSURANCE COMPANY**

By: */s/ David I. Walters*
    David I. Walters (diw@lefltd.com)
    ARDC No. 6278659
    Scott Wing (sw@lefltd.com)
    ARDC No. 6298780
    LEAHY, EISENBERG & FRAENKEL, LTD.
    33 W. Monroe Street, Suite 1100
    Chicago, Illinois 60603
    Tel: (312) 368-4554
    Fax: (312) 368-4562