# EXHIBIT "A"

6/24/2025 3 56 PM
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

## IN THE CIRCUIT COURT FOR THE TENTH JUDICIAL CIRCUIT
## PEORIA COUNTY, ILLINOIS

3101 W HARMON LLC,

    Plaintiff,

    v

CENTRAL MUTUAL INSURANCE
COMPANY also known as CENTRAL
INSURANCE COMPANY,

    Defendant

CASE NO **2025-LA-0000119**

**JURY DEMAND**

THIS CASE IS SET FOR A MANAGEMENT CONFERENCE ON __12/5/25 @ 9a__ IN COURTROOM __213/214__ OF THE PEORIA COUNTY COURTHOUSE IF THE DEFENDANT(S) ANSWERS(S) MORE THAN 35 DAYS BEFORE THIS DATE, THEN THE PARTIES SHALL SCHEDULE A CASE MANAGEMENT CONFERENCE WITHIN 25 DAYS OF THE DATE THE ANSWER'S PLED

**COMPLAINT**

PLAINTIFF, 3101 W HARMON LLC ("PLAINTIFF"), by and through undersigned counsel, and for their Complaint against Defendant, CENTRAL MUTUAL INSURANCE COMPANY also known as CENTRAL INSURANCE COMPANY ("DEFENDANT" and/or "CENTRAL MUTUAL"), states as follows

### PARTIES

1. Plaintiff, 3101 W HARMON LLC, is a domestic corporation domiciled in Peoria County, Illinois.

2. Defendant, CENTRAL MUTUAL, is a foreign insurance corporation engaged in the business of underwriting and issuing commercial property and casualty insurance policies in the State of Illinois, and authorized to do and doing business in Peoria County and the State of Illinois

### JURISDICTION AND VENUE

3 This Court has jurisdiction over CENTRAL MUTUAL pursuant to Section 2-209 of the Illinois Code of Civil Procedure (735 ILCS § 5/2-209) because, inter alia, CENTRAL MUTUAL transacts business, committed the acts alleged, and contracted to insure a property located in Illinois CENTRAL MUTUAL is licensed and authorized by the Illinois Department of Insurance

1

to conduct insurance business and does in fact conduct insurance business within the State of Illinois, including Peoria County

4.    Venue is proper for this action under Sections 2-101 and 2-102 of the Illinois Code of Civil Procedure (735 ILCS §§ 5/2-101, 5/2-102) because CENTRAL MUTUAL conducts business in Peoria County, has contracted to insure risks in Peoria County, and the insured property at issue is located in Peoria County CENTRAL MUTUAL can be served through the Illinois Department of Insurance

## FACTUAL BASIS

5    At all times relevant hereto, Plaintiff owned property located at 3101 W Harmon Ave, Peoria, Illinois 61604 (the "Property")

6    At all times relevant hereto, CENTRAL MUTUAL provided a policy of insurance bearing policy number CLP 8974263 to Plaintiff which covered the Property against property damages, such as hail and wind damage (the "Policy") *Said policy and declarations are attached as Exhibit A*

7    On or about June 29, 2023, hail and wind damage affected parts of Peoria County, Illinois, including where Plaintiff's Property was located.

8    As a result of the hailstorm, Plaintiff's Property sustained significant damage to the roof and interior, necessitating costly repairs

9    Upon discovery of the damage, Plaintiff promptly filed a claim with CENTRAL MUTUAL, who assigned claim number 1000481618. In compliance with the Policy, Plaintiff began mitigating the loss as quickly as possible

2

10     The Policy stated that CENTRAL agreed to pay for the "ultimate net loss" in excess of the "retained limit" because of "property damage" to Plaintiff *See Exhibit A, SECTION I – COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY*

11     On January 9, 2025, Plaintiff submitted a sworn proof of loss, including a damages estimate, outlining that the total amount of storm related damage to Plaintiff's Property is $1,702,364 22

12     CENTRAL MUTUAL inspected the Property.

13     The inspection by CENTRAL MUTUAL was short and failed to document the full extent of damage

14     Following the inspections, CENTRAL MUTUAL has failed to pay for any storm related damage from the date of loss, as owed under the terms of the Policy

15     CENTRAL MUTUAL has failed to properly investigate and properly evaluate the claim as required by policy Furthermore, CENTRAL MUTUAL has failed to effectuate a good faith settlement, even though the damage is clear

16.    Plaintiff has been forced to file a lawsuit to recover money that is owed to them under their insurance policy

## COUNT I – BREACH OF CONTRACT

17     Plaintiff repeats and realleges paragraphs 1 through 16 as though fully inserted herein

18     The above referenced Policy No CLP 8974263 constituted a valid and enforceable contract between Plaintiff and Defendant and was in effect on June 29, 2023

19     Defendant owes a duty to its policy holder to make prompt and proper payment for all claims, to make its policy limits available to insureds for losses These duties arise from the policy itself, Illinois jurisprudence, and duties implied in every contract in Illinois

3

20.     Plaintiff has fully performed under the contract including but not limited to paying all applicable premiums to Defendant.

21      Plaintiff has duly performed all post-loss conditions as required by the insurance policy, including giving prompt notice to CENTRAL MUTUAL of the loss, cooperating with CENTRAL MUTUAL with its investigation of the claim, and timely filing suit against CENTRAL MUTUAL

22      Plaintiff has demanded that CENTRAL MUTUAL compensate them for the losses as required by the terms and conditions of the subject policy of insurance

23      CENTRAL MUTUAL continues to refuse to pay Plaintiff for the full amount of damage, despite the fact that the cause of the loss and resulting damages are covered by the terms and conditions of the Policy. Defendant's ongoing failure and refusal to do so constitutes breach of the Policy

24      Defendant, by and through its adjusters, representatives, agents, servants, and employees, have breached the contract of insurance with Plaintiff in the following non-exclusive respects

    a    By failing to indemnify its insured, and by relying upon a policy exclusion to deny payment which is, and should be inapplicable given the circumstances of the claim,

    b.   By failing to pay all benefits available and improperly interpreting the Policy so as to avoid obligations imposed by the Policy and Illinois law,

    c    By denying payment on Plaintiff's claim without meeting its affirmative burden of proving by a preponderance of evidence that Plaintiff's loss was proximately caused by non-covered peril or a peril excluded by the policy,

    d    By failing to meet its affirmative burden of establishing which part of Plaintiff's loss was caused by an excluded peril,

    e    By improperly shifting the burden to Plaintiff of proving that the loss was not excluded by the policy,

4

f  By failing to conclusively and objectively determine the proximate and efficient cause of loss,

g  By negligently, grossly negligently, recklessly, and/or intentionally choosing not to conduct a full, fair and prompt investigation and adjustment regarding Plaintiff's insured losses,

h  By basing its failure to tender payment based on an inadequate investigation, inspection, and adjustment of Plaintiff's loss,

i  By failing to construe the policy in favor of coverage for Plaintiff's insured loss; and

j.  By choosing to delay and withhold payment of Plaintiff's covered losses, thereby proximately causing Plaintiff to incur consequential damages, including. additional repair costs, expert fees, attorney fees, and litigation expenses

25     These breaches of the insurance policy were and are the direct and proximate cause of damage to Plaintiff in an amount in excess of $50,000

26     This is an action based on a "written instrument" within the meaning of the Illinois Interest Act and, therefore, Plaintiff is entitled to prejudgment interest

WHEREFORE, Plaintiff, 3101 W HARMON LLC, hereby requests and prays that this Honorable Court find in their favor, and against Defendant, CENTRAL MUTUAL INSURANCE COMPANY also known as CENTRAL INSURANCE COMPANY, and award damages in an amount of at least $50,000 00, plus prejudgment and post-judgment interest, costs, and any such additional and further relief as this Court deems just and proper

**JURY DEMAND**

Plaintiff respectfully demands a trial by jury for all issues so triable

DATE· June 24, 2025

RESPECTFULLY SUBMITTED,

/s/ Greta Lloyd

_____

Greta Lloyd #6308513
HAIR SHUNNARAH TRIAL
ATTORNEYS
3001 17th St
Metairie, LA 70002
(312)300-4147
glloyd@hstalaw com
*Attorney for the Plaintiff*

6


**CENTRAL**
INSURANCE
**EXCELLENCE** IS OUR POLICY

May 23, 2023

O  PLEX          8974264      10    IL
THE PLEXUS GROUPE LLC
21805 W FIELD PKWY STE 300
DEER PARK, IL 60010-3231

3101 W HARMON LLC
6600 N SAUGANASH AVE
LINCOLNWOOD, IL 60712-3030

Thank you for your business! Enclosed you will find information regarding your policy If you have questions regarding the information provided, please contact your agent at (847)307-6200

We encourage you to sign up for our *myCentral* policyholder website and take advantage of convenient, easy-to-use account management options for your Central Insurance policy Make payments, access policy information, check account balances, view auto ID cards, report a claim, and much more! Click on the "Create Account" link in the *myCentral* log in box on central-insurance com and provide the following information to establish online access

| | |
|---|---|
| Policy Number | 8974264 |
| Policy Effective Date | 05/16/2023 |
| City | LINCOLNWOOD |
| State | IL |
| Zip Code | 60712 |

**my CENTRAL**

If you have **Billing** questions, call 800-786-9052 or e-mail us at billing@central-insurance com

To **Report a Claim**, call 888-263-2924

Central Insurance Companies embraces a culture based on our core values of Integrity, Relationships and Excellence  These values define who we are and what we do, as individuals and as a company  We take pride in partnering with agents who support these same values

We appreciate the opportunity to provide your insurance needs


**Trusted Choice**®

**EXHIBIT A**

20-2567 03/23



**CENTRAL**
INSURANCE

EXCELLENCE IS OUR POLICY

| FACTS | WHAT DOES CENTRAL DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Financial companies choose how they share your personal information  Federal law gives consumers the right to limit some but not all sharing  Federal law also requires us to tell you how we collect, share, and protect your personal information  Please read this notice carefully to understand what we do |
| **What?** | The types of personal information we collect and share depends on the product or service you have with us  This information can include  <br>■  Social Security number and insurance claim history, payment history, credit-based insurance scores, assets, and account transactions <br>■  Medical information and transaction history <br>■  Credit history and credit scores |
| **How?** | All financial companies need to share customers' personal information to run their everyday business  In the section below, we list the reasons financial companies can share their customers' personal information, the reasons Central chooses to share, and whether you can limit this sharing |

| Reasons we can share your personal information | Does Central share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes—** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | No |
| **For our affiliates' everyday business purposes—** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes—** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | Yes | Yes |

| To limit our sharing | ▪ Call 800 786 9052–our menu will prompt you through your choices, or<br>▪ Visit us online www.central-insurance.com and log into your "MyCentral" account<br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br>However, you can contact us at any time to limit our sharing |
| --- | --- |
| **Questions?** | Call 800 786 9052 or go to www.central-insurance.com |

| Who we are | |
| --- | --- |
| **Who is providing this notice?** | Central Mutual Insurance Company |

| What we do | |
| --- | --- |
| **How does Central protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings |
| **How does Central collect my personal information?** | We collect your personal information, for example, when you<br>▪ open an account or apply for insurance<br>▪ pay insurance premiums or file an insurance claim<br>▪ provide account information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, government agencies, or other companies |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>▪ sharing for affiliates' everyday business purposes—information about your creditworthiness<br>▪ affiliates from using your information to market to you<br>▪ sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more information on your rights under state law |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account |

| Definitions | |
| --- | --- |
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies<br>▪ Our affiliates include financial companies such as All American Insurance Company |

| Nonaffiliates | Companies not related by common ownership or control They can be financial and nonfinancial companies<br><br>■ Nonaffiliates we share with can include independent insurance agents and brokers, businesses that conduct scientific research, including actuarial or underwriting studies, independent claims adjusters, appraisers, investigators, medical professionals, and attorneys who need the information to investigate, defend or settle a claim involving the insured, service providers who perform data or Site-related services on our behalf (e g , email, hosting, maintenance, backup, analysis, etc ), consumer reporting agencies as reasonably necessary in connection with any application, policy, or claim involving the insured, insurance support organizations that are established to collect information for the purpose of detecting and preventing insurance crimes or fraudulent claims, insurance regulatory agencies in connection with the regulation of our business, certificate holders or policyholders for the purpose of providing information regarding the status of an insurance transaction, lienholder, mortgagee, lessor, or other person shown on our records as having a legal or beneficial interest in the insured's policy, and service providers to prepare, deploy and analyze advertising content |
|---|---|
| Joint marketing | We do not have a formal agreement with nonaffiliated financial companies to market financial products or services to you |

### Other important information

**For Insurance Customers in AZ, CT, GA, IL, ME, MA, MN, MT, NV, NC, OH, OR and VA only.** The term "Information" in this part means customer information obtained in an insurance transaction We may give your Information to state insurance officials, law enforcement, group policy holders about claims experience, or auditors as the law allows or requires We may give your Information to insurance support companies that may keep it or give it to others We may share medical Information so we can process claims or prevent fraud, or if you say we can To see your Information, write Central Mutual Insurance Company at 800 South Washington Street, Van Wert, OH 45891 You must state your full name, address, policy number, and the Information you want We will tell you what Information we have Unless privileged, you may ask that we mail you a copy for a fee If you think any Information is wrong, you must write us We will let you know what actions we take If you do not agree with our actions, you may send us a statement

20-1760 08/16



**CENTRAL**
INSURANCE
EXCELLENCE IS OUR POLICY

**Central Mutual Insurance Company**
**All America Insurance Company**

## TO OUR ILLINOIS POLICYHOLDERS:

Should any question arise about your insurance coverage or should you have a complaint, you may contact the Customer Affairs and Information Department at our Home Office. Our toll free number is 800-786-9052. You may also write The Central Companies, 800 S Washington St , Van Wert, OH 45891-2381

If you do not receive an answer to your question or get your problem resolved, you may write the Department of Insurance, Public Service Division, 320 W  Washington St , 4th Floor, Springfield, IL 62767

20-2118 03 15



**CENTRAL**
INSURANCE

EXCELLENCE IS OUR POLICY

# NOTICE TO POLICYHOLDERS

## DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**This notification is attached to and made part of your policy in response to the disclosure requirements of the Terrorism Risk Insurance Act. This notification does not grant any coverage or change the terms and conditions of any coverage under the policy.**

### A. Disclosure of Premium

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act  The portion of your premium attributable to such coverage is shown in the policy Declarations

### B. Disclosure of Federal Participation In Payment Of Terrorism Losses

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program  The federal share equals a percentage of that portion of the amount of such insured losses that exceeds the applicable insurer retention

Federal share of terrorism losses

85% for calendar year 2015
84% for calendar year 2016
83% for calendar year 2017
82% for calendar year 2018
81% for calendar year 2019
80% for calendar year 2020

However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion

### C. Cap on Insurer Participation In Payment Of Terrorism Losses

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury

### D. Definition of Terrorism

Coverage for acts of terrorism is included in your policy  You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of "act of terrorism" has changed  As defined in Section 102(1) of the Act, the term "act of terrorism" means

- Any act or acts that are certified by the Secretary of the Treasury – in consultation with the Secretary of Homeland Security, and the Attorney General of the United States – to be an act of terrorism,

- To be a violent act or an act that is dangerous to human life, property, or infrastructure,

20-2118 03 15                                                                    Page 1 of 2

- To have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission,

- And to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion

Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events

20-2143 06/14



**CENTRAL**
INSURANCE
EXCELLENCE IS OUR POLICY

# AVAILABLE PAY PLANS

The company offers.

1.  **EFT Plans (Electronic Funds Transfer): ** No service fees apply to any of the EFT plans. ****

    a.  Annual EFT — the premium is paid in one installment withdrawn on the effective date of the policy

    b   Semi-Annual EFT — the premium is paid in two installments, withdrawn six months apart.

    c   Quarterly EFT — the premium is paid in four installments, withdrawn three months apart.

    d   Monthly EFT — the premium is paid in twelve monthly withdrawals

2.  **NON-EFT Plans:**

    a   Annual — the premium is paid in one installment due on the effective date of the policy  No service fees apply.

    b   Semi-Annual — the premium is paid in two installments due six months apart. Service fees apply

    c   Quarterly — the premium is paid in four installments due three months apart. Service fees apply.

    d   Monthly — the premium is paid in twelve monthly installments. Service fees apply.

We offer account billing on each of the above plans which allows for multiple policies to be billed together on a single account.  We require separate billing accounts for personal and commercial lines policies

Please note, the above plans may not apply to all types of policies

20-2143 06/14

20-2320 01/12



**CENTRAL**
INSURANCE

EXCELLENCE IS OUR POLICY

# ILLINOIS NOTICE TO POLICYHOLDERS
# REGARDING THE RELIGIOUS FREEDOM PROTECTION
# AND CIVIL UNION ACT

Dear Policyholder

This is to provide notice that, pursuant to Illinois Department of Insurance Company Bulletin 2011-06 (CB 2011-06), this policy is in compliance with the Illinois Religious Freedom Protection and Civil Union Act ("the Act," 750 ILL. COMP STAT. 75/1) The Act, which became effective on June 1, 2011, creates a legal relationship between two persons of either the same or opposite sex who establish a civil union.

The Act provides that parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the law of Illinois to spouses, whether they are derived from statute, administrative rule, policy, common law or any source of civil or criminal law In addition, this law requires recognition of a same-sex civil union, marriage, or other substantially similar legal relationship, except for common law marriage, legally entered into in other jurisdictions. The Act further provides that "party to a civil union" shall be included in any definition or use of the terms "spouse," "family," "immediate family," "dependent," "next of kin" and other terms descriptive of spousal relationships as those terms are used throughout the law. According to CB 2011-06, this includes the terms "marriage" or "married" or any variations thereof. CB 2011-06 also states that if policies of insurance provide coverage for children, the children of civil unions must also be provided coverage

20-2320 01/12

20-2375 03 15



**CENTRAL**
INSURANCE

EXCELLENCE IS OUR POLICY

# NOTICE TO POLICYHOLDERS REGARDING
# NUCLEAR, BIOLOGICAL, CHEMICAL, OR RADIOLOGICAL EXCLUSION

Coverage for some acts of terrorism is included in your policy, as defined in Section 102(1) of the Terrorism Risk Insurance Acts   An act of terrorism could involve Nuclear (including radiation or radioactive contamination) or pathogenic or poisonous Biological or Chemical materials   An example of this would be the release of anthrax spores

Your previous policy included a Nuclear exclusion (a mandatory form attached to all policies) and Pollution exclusions (mandatory coverage language) to exclude terrorism loss that was caused by nuclear, chemical or radiological means   There may have been a question of whether a biological event would be considered a pollutant and therefore excluded by the pollution exclusion

Due to our reinsurance contracts containing an NBCR (Nuclear, Biological, Chemical, or Radiological) exclusion, your renewal policy now contains an NBCR exclusion, which makes it clear we will not cover any acts involving nuclear, biological, chemical or radiological terrorism

Although we have chosen to exclude NBCR, we are still providing you with terrorism coverage for other acts

20-2375 03 15

 **CENTRAL** INSURANCE

EXCELLENCE

CENTRAL MUTUAL INSURANCE COMPANY
800 S WASHINGTON ST
VAN WERT, OHIO 45891-2357
www.central-insurance.com

# DECLARATIONS - COMMERCIAL LIABILITY UMBRELLA

**NAMED INSURED AND MAILING ADDRESS**
3101 W HARMON LLC
6600 N SAUGANASH AVE
LINCOLNWOOD, IL 60712-3030

**AGENT** 8181                         NEW
THE PLEXUS GROUPE LLC
21805 W FIELD PKWY STE 300
DEER PARK, IL 60010-3231
(847)307-6200
www.plexusgroupe.com

**POLICY NUMBER:** CXS 8974264 10

**POLICY PERIOD:** FROM 05/16/2023 TO 05/16/2024
AT 12 01 A M  STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

**BUSINESS DESCRIPTION:** STRIP SHOPPING CENTER
**FORM OF BUSINESS:** LIMITED LIABILITY COMPANY

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL OF THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY

## LIMITS OF INSURANCE

| | |
|---|---|
| EACH OCCURRENCE LIMIT (LIABILITY COVERAGE) | $1,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT | $1,000,000 |
| (ANY ONE PERSON OR ORGANIZATION) | |
| AGGREGATE LIMIT (LIABILITY COVERAGE) | $1,000,000 |
| (EXCEPT WITH RESPECT TO COVERED AUTOS) | |

## RETAINED LIMIT

| | |
|---|---|
| SELF-INSURED RETENTION | $0 |

## PREMIUM INFORMATION

| | |
|---|---|
| PREMIUM FOR CERTIFIED ACTS OF TERRORISM UNDER THE TERRORISM RISK INSURANCE ACT | $7 00 |

**TOTAL POLICY PREMIUM DUE IS :** $1,100 00
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT

# DECLARATIONS - COMMERCIAL LIABILITY UMBRELLA (continued)

**NAMED INSURED**
3101 W HARMON LLC

**POLICY NUMBER**
CXS 8974264 10

## FORMS AND ENDORSEMENTS APPLICABLE TO POLICY  CXS 8974264 10  ON 05/16/2023

| FORM NBR | EDITION | FORM TITLE |
|---|---|---|
| * CU0001 | 0413 | COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM |
| * CU0200 | 0118 | ILLINOIS CHANGES-CANCELLATION & NONRENEWAL |
| * CU2117 | 1219 | EXCL-DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) |
| * CU2123 | 0202 | EXCL-NUCLEAR ENERGY LIAB (BROAD FORM) |
| * CU2130 | 0115 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| * CU2140 | 0115 | EXCLUSION OF CERTIFIED ACTS OF NUCLEAR, BIOLOGICAL OR CHEMICAL |
| * CU2255 | 0900 | EXCL-IL CHGS-POLLUTION EXCL-HOSTILE FIRE EXCEPTION |
| * CU3420 | 1219 | EXCLUSION-ALL HAZARDS IN CONNECTION WITH AN ELECTRONIC |
| * CU3422 | 1220 | CANNABIS EXCLUSION |
| * IL0017 | 1198 | COMMON POLICY CONDITIONS |
| * IL0147 | 0911 | IL-CHANGES - CIVIL UNION |
| * IL0162 | 1013 | IL-CHANGES - DEFENSE COSTS |
| * 8-1970 | 0306 | EMPLOYEE BENEFITS LIABILITY COVERAGE |
| * 8-2004 | 0922 | LIMITATION OF POLICY TO FOLLOWING FORM LIABILITY COVERAGE |
| * 8-2074 | 0416 | LIQUOR LIABILITY EXCLUSION |
| * 8-2351 | 0818 | IL - LIMITATION OF POLICY TO FOLLOWING FORM LIABILITY COVERAGE |
| * 8-2413 | 0416 | EXCLUSION-ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORM |
| * 8-2417 | 0416 | ILLINOIS CHANGES - UNDERLYING CLAIMS-MADE COVERAGE |
| * 20-1760 | 0816 | IL-POLICYHOLDER NOTICE |
| * 20-1768 | 0891 | MUTUAL POLICY CONDITIONS-APPLICABLE TO CENTRAL MUTUAL |
| * 20-1769 | 0891 | PROVISIONS APPLICABLE TO CENTRAL MUTUAL AND ALL AMERICA INS CO |
| * 20-2118 | 0315 | POLICYHOLDER DISCLOSURE NOTICE (TERRORISM INS & VIRUS) |
| * 20-2143 | 0614 | AVAILABLE PAY PLANS |
| * 20-2320 | 0112 | IL-POLICYHOLDER NOTICE FOR CIVIL UNIONS |
| * 20-2375 | 0315 | NOTICE TO POLICYHOLDERS - NBCR EXCLUSION |
| * 20-2567 | 0323 | CENTRAL INSURANCE COMPANIES PRIVACY NOTICE |

* DENOTES FORMS ATTACHED WITH THIS TRANSACTION

## DECLARATIONS - COMMERCIAL LIABILITY UMBRELLA (continued)

**NAMED INSURED**
3101 W HARMON LLC

**POLICY NUMBER**
CXS 8974264  10

### SCHEDULE OF UNDERLYING INSURANCE

**COMMERCIAL GENERAL LIABILITY**

COMPANY          CENTRAL MUTUAL
POLICY NUMBER    8974263
POLICY PERIOD    FROM 05/16/2023 TO 05/16/2024
HIRED AUTOMOBILE
NON-OWNED AUTOMOBILE
 MINIMUM APPLICABLE LIMITS

| | |
|---|---|
| GENERAL AGGREGATE | $2,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE | $2,000,000 |
| PERSONAL AND ADVERTISING INJURY | $1,000,000 |
| EACH OCCURRENCE | $1,000,000 |

THE FOLLOWING INFORMATION IS REQUIRED TO COMPLETE FORM  CU2117 1219

EXCLUSION - DESIGNATED OPERATIONS COVERED BY
A CONTROLLED (WRAP-UP) INSURANCE PROGRAM

DESCRIPTION AND LOCATION(S) OF OPERATION(S):
SEE UNDERLYING GENERAL LIABILITY POLICY

_____        _____        __May 23, 2023__
    **PRESIDENT**                      **SECRETARY**                     **DATE**

CUDS01 09 00

CU0001 04 13

# COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM

Various provisions in this policy restrict coverage  Read the entire policy carefully to determine rights, duties and what is and is not covered

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy  The words "we," "us" and "our" refer to the company providing this insurance

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured

Other words and phrases that appear in quotation marks have special meaning  Refer to Section **V** - Definitions

## SECTION I - COVERAGES

## COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1.  Insuring Agreement**

**a.**  We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "bodily injury" or "property damage" to which this insurance applies  We will have the right and duty to defend the insured against any "suit" seeking damages for such "bodily injury" or "property damage" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted  When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply  However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply  At our discretion, we may investigate any "occurrence" that may involve this insurance and settle any resultant claim or "suit" for which we have the duty to defend  But

  **1)**  The amount we will pay for the "ultimate net loss" is limited as described in Section **III** - Limits Of Insurance, and

  **2)**  Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B**.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.**  This insurance applies to "bodily injury" or "property damage" that is subject to an applicable "retained limit " If any other limit, such as a sublimit, is specified in the "underlying insurance," this insurance does not apply to "bodily injury" or "property damage" arising out of that exposure unless that limit is specified in the Declarations or Change Endorsement under the Schedule of "underlying insurance "

**c.**  This insurance applies to "bodily injury" and "property damage" only if

  **1)**  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory",

  **2)**  The "bodily injury" or "property damage" occurs during the policy period, and

  **3)**  Prior to the policy period, no insured listed under Paragraph **1 a.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part  If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period

**d.**  "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.a.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period

**e.**  "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.a.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim

  1)  Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer,

CU0001 04 13                    Copyright, Insurance Services Office, Inc , 2012                    Page 1 of 19

    **2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage", or

    **3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur

**f.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury"

**2. Exclusions**

This insurance does not apply to

**a** **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property

**b.** **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement This exclusion does not apply to liability for damages

    **1)** That the insured would have in the absence of the contract or agreement, or

    **2)** Assumed in a contract or agreement that is an "insured contract," provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement Solely for the purposes of liability assumed in an "insured contract," reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage," provided

        **a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract", and

        **b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged

**c.** **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of

    **1)** Causing or contributing to the intoxication of any person,

    **2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol, or

    **3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in,

        **a)** The supervision, hiring, employment, training or monitoring of others by that insured, or

        **b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol,

if the "occurrence" which caused the "bodily injury" or "property damage" involved that which is described in Paragraph **1), 2)** or **3)** above

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages

This exclusion does not apply to the extent that valid "underlying insurance" for the liquor liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage" To the extent this exclusion does not apply, the insurance provided under this Coverage Part for the liquor liability risks described above will follow the same provisions, exclusions and limitations that are contained in the applicable "underlying insurance," unless otherwise directed by this insurance

**d** **Workers Compensation And Similar Laws**

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law

e.  **ERISA**

Any obligation of the insured under the Employee Retirement Income Security Act of 1974 (ERISA), and any amendments thereto or any similar federal, state or local statute

f.  **Auto Coverages**

1)  "Bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is not a "covered auto", or

2)  Any loss, cost or expense payable under or resulting from any first-party physical damage coverage, no-fault law, personal injury protection or auto medical payments coverage, or uninsured or underinsured motorist law

g.  **Employer's Liability**

"Bodily injury" to

1)  An "employee" of the insured arising out of and in the course of

    a)  Employment by the insured, or

    b)  Performing duties related to the conduct of the insured's business, or

2)  The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **1)** above

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury

This exclusion does not apply to liability assumed by the insured under an "insured contract "

With respect to injury arising out of a "covered auto," this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers compensation benefits  For the purposes of this insurance, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises

This exclusion does not apply to the extent that valid "underlying insurance" for the employer's liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury " To the extent this exclusion does not apply, the insurance provided under this Coverage Part for the employer's liability risks described above will follow the same provisions, exclusions and limitations that are contained in the applicable "underlying insurance," unless otherwise directed by this insurance

h.  **Employment-related Practices**

"Bodily injury" to

1)  A person arising out of any

    a)  Refusal to employ that person,

    b)  Termination of that person's employment, or

    c)  Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person, or

2)  The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **a), b),** or **c)** above is directed

This exclusion applies whether the injury-causing event described in Paragraph **a), b)** or **c)** above occurs before employment, during employment or after employment of that person

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury

i   **Pollution**

1)  "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time, or

2)  "Pollution cost or expense "

This exclusion does not apply if valid "underlying insurance" for the pollution liability risks described above exits or would have existed but for the exhaustion of underlying limits for "bodily injury " To the extent this exclusion does not apply, the insurance provided under this Coverage Part for the pollution risks described above will follow the same provisions, exclusions and limitations that are contained in the applicable "underlying insurance," unless otherwise directed by this insurance

**j.   Aircraft Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any insured   Use includes operation and "loading or unloading "

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any insured

This exclusion does not apply to

1)   A watercraft while ashore on premises you own or rent,

2)   A watercraft you do not own that is

   a)   Less than 50 feet long, and

   b)   Not being used to carry persons or property for a charge,

3)   Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft,

4)   The extent that valid "underlying insurance" for the aircraft or watercraft liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" or "property damage " To the extent this exclusion does not apply, the insurance provided under this Coverage Part for the aircraft or watercraft risks described above will follow the same provisions, exclusions and limitations that are contained in the "underlying insurance," unless otherwise directed by this insurance, or

5)   Aircraft that is

   a)   Chartered by, loaned to, or hired by you with a paid crew, and

   b)   Not owned by any insured

**k.   Racing Activities**

"Bodily injury" or "property damage" arising out of the use of "mobile equipment" or "autos" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest

**l.   War**

"Bodily injury" or "property damage," however caused, arising, directly or indirectly, out of

1)   War, including undeclared or civil war,

2)   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents, or

3)   Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

**m   Damage To Property**

"Property damage" to

1)   Property

   a)   You own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property, or

   b)   Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto",

2)   Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises,

3) Property loaned to you,

4) Personal property in the care, custody or control of the insured,

5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations, or

6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it

Paragraph 2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you

Paragraphs 1)b), 3), 4), 5) and 6) of this exclusion do not apply to liability assumed under a sidetrack agreement

Paragraphs 3) and 4) of this exclusion do not apply to liability assumed under a written Trailer Interchange agreement

Paragraph 6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard "

**n.    Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it

**o.    Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard "

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor

**p    Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of

1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work", or

2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use

**q.    Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of

1) "Your product",

2) "Your work", or

3) "Impaired property",

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because a known or suspected defect, deficiency, inadequacy or dangerous condition in it

**r.    Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury "

**s.    Professional Services**

"Bodily injury" or "property damage" due to rendering of or failure to render any professional service This includes but is not limited to

1) Legal, accounting or advertising services,

2) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings or specifications,

3) Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager,

4) Engineering services, including related supervisory or inspection services,

5) Medical, surgical, dental, X-ray or nursing services treatment, advice or instruction,

6) Any health or therapeutic service treatment, advice or instruction,

7) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming or therapy,

8) Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardio-vascular fitness, body-building or physical training programs,

9) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices,

10) Body piercing services,

11) Services in the practice of pharmacy,

12) Law enforcement or firefighting services, and

13) Handling, embalming, disposal, burial, cremation or disinterment of dead bodies

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage," involved the rendering of or failure to render any professional service

t.   **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access or inability to manipulate electronic data

However, this exclusion does not apply to liability for damages because of "bodily injury "

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment

This exclusion does not apply if valid "underlying insurance" for the electronic data risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage " The insurance provided under this Coverage Part will follow the same provisions, exclusions and limitations that are contained in the applicable "underlying insurance," unless otherwise directed by this insurance

u.   **Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate,

1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law,

2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law,

3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA), or

4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

1.   **Insuring Agreement**

a.   We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "personal and advertising injury" to which this insurance applies  We will have the right and duty to defend the insured against any "suit" seeking damages for such "personal and advertising injury" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted  When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply  At our discretion, we may investigate any offense that may involve this insurance and settle any resultant claim or "suit," for which we have the duty to defend  But

CU0001 04 13                Copyright, Insurance Services Office, Inc , 2012                Page 6 of 19

1) The amount we will pay for the "ultimate net loss" is limited as described in Section **III** - Limits Of Insurance, and

2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

b. This insurance applies to "personal and advertising injury" that is subject to an applicable "retained limit " If any other limit, such as a sublimit, is specified in the "underlying insurance," this insurance does not apply to "personal and advertising injury" arising out of that exposure unless that limit is specified in the Declarations or Change Endorsement under the Schedule of "underlying insurance "

c. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period

## 2. Exclusions

This insurance does not apply to

a     "Personal and advertising injury"

### 1) Knowing Violation Of Rights Of Another

Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury "

### 2) Material Published With Knowledge Of Falsity

Arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity

### 3) Material Published Prior To Policy Period

Arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period

### 4) Criminal Acts

Arising out of a criminal act committed by or at the direction of the insured

### 5) Contractual Liability

For which the insured has assumed liability in a contract or agreement  This exclusion does not apply to

a) Liability for damages that the insured would have in the absence of the contract or agreement

b) Liability for false arrest, detention or imprisonment assumed in a contract or agreement

### 6) Breach Of Contract

Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement "

### 7) Quality Or Performance Of Goods - Failure To Conform To Statements

Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement "

### 8) Wrong Description Of Prices

Arising out of the wrong description of the price of goods, products or services stated in your "advertisement "

### 9) Infringement Of Copyright, Patent, Trademark Or Trade Secret

Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights  Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement "

However, this exclusion does not apply to infringement, in your "advertisement," of copyright, trade dress or slogan

### 10) Insureds In Media and Internet Type Businesses

Committed by an insured whose business is

a) Advertising, broadcasting, publishing or telecasting,

b) Designing or determining content of web-sites for others, or

c) An Internet search, access, content or service provider

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c** of "personal and advertising injury" under the Definitions Section

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting

## 11) Electronic Chatrooms Or Bulletin Boards

Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control

## 12) Unauthorized Use Of Another's Name Or Product

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or "metatag," or any other similar tactics to mislead another's potential customers

## 13) Pollution

Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time

## 14) Employment-related Practices

To

a) A person arising out of any

   i) Refusal to employ that person,

   ii) Termination of that person's employment, or

   iii) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person, or

b) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph i), ii), or iii) above is directed

This exclusion applies whether the injury-causing event described in Paragraph **i), ii)** or **iii)** above occurs before employment, during employment or after employment of that person

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury

## 15) Professional Services

Arising out of the rendering of or failure to render any professional service This includes but is not limited to

a) Legal, accounting or advertising services,

b) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings or specifications,

c) Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager,

d) Engineering services, including related supervisory or inspection services,

e) Medical, surgical, dental, X-ray or nursing services treatment, advice or instruction,

f) Any health or therapeutic service treatment, advice or instruction,

g) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming or therapy,

h) Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardiovascular fitness, body-building or physical training programs,

i) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices,

    Copyright, Insurance Services Office, Inc , 2012    

    **j)** Body piercing services,

    **k)** Services in the practice of pharmacy,

    **l)** Law enforcement or firefighting services, and

    **m)** Handling, embalming, disposal, burial, cremation or disinterment of dead bodies

This exclusion applies even if the claims against any any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury," involved the rendering of or failure to render any professional service

**16) War**

However caused, arising, directly or indirectly, out of

    **a)** War, including undeclared or civil war,

    **b)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents, or

    **c)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

**17) Recording And Distribution Of Material Or Information In Violation Of Law**

Arising directly or indirectly out of any action or omission that violates or is alleged to violate,

    **a)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law,

    **b)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law,

    **c)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA), or

    **d)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information

**b** "Pollution cost or expense "

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend, when the duty to defend exists

    **a.** All expenses we incur

    **b.** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "occurrence" we cover  We do not have to furnish these bonds

    **c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance  We do not have to furnish these bonds

    **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $250 a day because of time off from work

    **e.** All court costs taxed against the insured in the "suit " However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured

    **f.** Prejudgment interest awarded against the insured on that part of the judgment we pay  If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer

    **g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance

These payments will not reduce the limits of insurance

**2.** When we have the right but not the duty to defend the insured and elect to participate in the defense, we will pay our own expenses but will not contribute to the expenses of the insured or the "underlying insurer "

**3**   If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit," we will defend that indemnitee if all of the following conditions are met

    **a**   The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract",

    **b.**   This insurance applies to such liability assumed by the insured,

    **c.**   The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract",

    **d.**   The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee,

    **e.**   The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee, and

    **f.**   The indemnitee

        **1)**   Agrees in writing to

            **a)**   Cooperate with us in the investigation, settlement or defense of the "suit",

            **b)**   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit",

            **c)**   Notify any other insurer whose coverage is available to the indemnitee, and

            **d)**   Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee, and

        **2)**   Provides us with written authorization to

            **a)**   Obtain records and other information related to the "suit", and

            **b)**   Conduct and control the defense of the indemnitee in such "suit "

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments  Notwithstanding the provisions of Paragraph 2 b 2) of Section I - Coverage A - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met

## SECTION II - WHO IS AN INSURED

**1.**   Except for liability arising out of the ownership, maintenance or use of "covered autos"

    **a.**   If you are designated in the Declarations as

        **1)**   An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner

        **2)**   A partnership or joint venture, you are an insured  Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business

        **3)**   A limited liability company, you are an insured  Your members are also insureds, but only with respect to the conduct of your business  Your managers are insureds, but only with respect to their duties as your managers

        **4)**   An organization other than a partnership, joint venture or limited liability company, you are an insured  Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors  Your stockholders are also insureds, but only with respect to their liability as stockholders

        **5)**   A trust, you are an insured  Your trustees are also insureds, but only with respect to their duties as trustees

    **b**   Each of the following is also an insured

        **1)**   Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees," other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while

performing duties related to the conduct of your business   However, none of these "employees" or "volunteer workers" are insureds for

a) "Bodily injury" or "personal and advertising injury"

  i) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" in the course of his or her employment or performing duties related to the conduct of your business or to your other "volunteer workers" while performing duties related to the conduct of your business,

  ii) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **a)i)** above, or

  iii) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **a)i)** or **ii)** above

b) "Property damage" to property

  i) Owned, occupied or used by,

  ii) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by,

  you, any of your "employees," "volunteer workers," any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company)

2) Any person (other than your "employee," or "volunteer worker"), or any organization while acting as your real estate manager

3) Any person or organization having proper temporary custody of your property if you die, but only

  a) With respect to liability arising out of the maintenance or use of that property, and

  b) Until your legal representative has been appointed

4) Your legal representative if you die, but only with respect to duties as such  That representative will have all your rights and duties under this Coverage Part

c Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization  However

1) Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier,

2) Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization, and

3) Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization

2. Only with respect to liability arising out of the ownership, maintenance or use of "covered autos"

a. You are an insured

b. Anyone else while using with your permission a "covered auto" you own, hire or borrow is also an insured except

1) The owner or anyone else from whom you hire or borrow a "covered auto " This exception does not apply if the "covered auto" is a trailer or semi-trailer connected to a "covered auto" you own

2) Your "employee" if the "covered auto" is owned by that "employee" or a member of his or her household

3) Someone using a "covered auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours

4) Anyone other than your "employees," partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees," while moving property to or from a "covered auto "

5) A partner (if you are a partnership), or a member (if you are a limited liability company) for a "covered auto" owned by him or her or a member of his or her household

6) "Employees" with respect to "bodily injury" to,

> a) Any fellow "employee" of the insured arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business, or
>
> b) The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a)** above.

c. Anyone liable for the conduct of an insured described above is also an insured, but only to the extent of that liability

3. Any additional insured under any policy of "underlying insurance" will automatically be an insured under this insurance

Subject to Section **III** - Limits Of Insurance, if coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance,

a. Required by the contract or agreement, less any amounts payable by any "underlying insurance", or

b. Available under the applicable Limits of Insurance shown in the Declarations or Change Endorsement,

whichever is less

Additional insured coverage provided by this insurance will not be broader than coverage provided by the "underlying insurance "

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of

a. Insureds,

b. Claims made, "suits" brought, or number of vehicles involved, or

c. Persons or organizations making claims or bringing "suits "

2. The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss" under

a. Coverage **A,** except "ultimate net loss" because of "bodily injury" or "property damage" arising out of the ownership, maintenance or use of a "covered auto", and

b. Coverage **B**

3. Subject to Paragraph **2.** above, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under Coverage **A** because of all "bodily injury" and "property damage" arising out of any one "occurrence "

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all "ultimate net loss" because of all "personal and advertising injury" sustained by any one person or organization

5. If there is "underlying insurance" with a policy period that is non-concurrent with the policy period of this Commercial Liability Umbrella Coverage Part, the "retained limit(s)" will only be reduced or exhausted by payments for

a. "Bodily injury" or "property damage" which occurs during the policy period of this Coverage Part, or

b. "Personal and advertising injury" for offenses that are committed during the policy period of this Coverage Part

However, if any "underlying insurance" is written on a claims-made basis, the "retained limit(s)" will only be reduced or exhausted by claims for that insurance that are made during the policy period, or any Extended Reporting Period, of this Coverage Part

The Aggregate Limit, as described in Paragraph **2.** above, applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance

## SECTION IV - CONDITIONS

1. **Appeals**

If the "underlying insurer" or insured elects not to appeal a judgment in excess of the "retained limit," we may do so at our own expense. We will also pay for taxable court costs, pre- and postjudgment interest and disbursements associated with such appeal. In no event will this provision increase our liability beyond the applicable Limits of Insurance described in Section III - Limits Of Insurance.

**2. Bankruptcy**

**a. Bankruptcy Of Insured**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**b. Bankruptcy Of Underlying Insurer**

Bankruptcy or insolvency of the "underlying insurer" will not relieve us of our obligations under this Coverage Part.

However, this insurance will not replace the "underlying insurance" in the event of bankruptcy or insolvency of the "underlying insurer." This insurance will apply as if the "underlying insurance" were in full effect.

**3. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense, regardless of the amount, which may result in a claim. To the extent possible, notice should include

   **1)** How, when and where the "occurrence" or offense took place,

   **2)** The names and addresses of any injured persons and witnesses, and

   **3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must

   **1)** Immediately record the specifics of the claim or "suit" and the date received, and

   **2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must

   **1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit",

   **2)** Authorize us to obtain records and other information,

   **3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit", and

   **4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**4. Legal Action Against Us**

No person or organization has a right under this Coverage Part

**a** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured, or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured, but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**5. Other Insurance**

**a.** This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Part.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit." If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**b.** When this insurance is excess over other insurance, we will pay only our share of the "ultimate net loss" that exceeds the sum of

     **1)**   The total amount that all such other insurance would pay for the loss in the absence of the insurance provided under this Coverage Part, and

     **2)**   The total of all deductible and self-insured amounts under all that other insurance

**6.   Premium Audit**

   **a.**   We will compute all premiums for this Coverage Part in accordance with our rules and rates

   **b.**   Premium shown in this Coverage Part as advance premium is a deposit premium only At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured The due date for audit and retrospective premiums is the date shown as the due date on the bill If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured

   **c.**   The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request

**7.   Representations Or Fraud**

By accepting this policy, you agree

   **a.**   The statements in the Declarations are accurate and complete,

   **b.**   Those statements are based upon representations you made to us,

   **c.**   We have issued this policy in reliance upon your representations, and

   **d.**   This policy is void in any case of fraud by you as it relates to this policy or any claim under this policy

**8.   Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies

   **a**   As if each Named Insured were the only Named Insured, and

   **b.**   Separately to each insured against whom claim is made or "suit" is brought

**9.   Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us The insured must do nothing after loss to impair them At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them

**10.  When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date

If notice is mailed, proof of mailing will be sufficient proof of notice

**11.  Loss Payable**

Liability under this Coverage Part does not apply to a given claim unless and until,

   **a**   The insured or insured's "underlying insurer" has become obligated to pay the "retained limit", and

   **b.**   The obligation of the insured to pay the "ultimate net loss" in excess of the "retained limit" has been determined by a final settlement or judgment or written agreement among the insured, claimant and us

**12.  Transfer Of Defense**

When the underlying limits of insurance have been used up in the payment of judgments or settlements, the duty to defend will be transferred to us We will cooperate in the transfer of control to us of any outstanding claims or "suits" seeking damages to which this insurance applies which would have been covered by the "underlying insurance" had the applicable limit not been used up

**13.  Maintenance Of/Changes To Underlying Insurance**

Any "underlying insurance" must be maintaned in full effect without reduction of coverage or limits except for the reduction of the aggregate limit in accordance with the provisions of such "underlying insurance" that results from payment of claims, settlement or judgements to which this insurance applies

Such exhaustion or reduction is not a failure to maintain "underlying insurance " Failure to maintain "underlying insurance" will not invalidate insurance provided under this Coverage Part, but insurance provided under this Coverage Part will apply as if the "underlying insurance" were in full effect

If there is an increase in the scope of coverage of any "underlying insurance" during the term of this policy, our liability will be no more than it would have been if there had been no such increase

You must notify us in writing, as soon as practicable, if any "underlying insurance" is cancelled, not renewed, replaced or otherwise terminated, or if the limits or scope of coverage of any "underlying insurance" is changed

**14. Expanded Coverage Territory**

    **a.**    If a "suit" is brought in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the insured, the insured will initiate a defense of the "suit " We will reimburse the insured, under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

         If the insured becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the insured's behalf, we will reimburse the insured for such sums

    **b.**    All payments or reimbursements we make for damages because of judgments or settlements will be made in U S currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums All payments or reimbursements we make for expenses under Supplementary Payments will be made in U S currency at the prevailing exchange rate at the time the expenses were incurred

    **c.**    Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Canada or Puerto Rico

    **d.**    The insured must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits due to payments of claims, judgments or settlements

         Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect

## SECTION V - DEFINITIONS

**1.**    "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters For the purposes of this definition

    **a.**    Notices that are published include material placed on the Internet or on similar electronic means of communication, and

    **b.**    Regarding web sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement

**2**    "Auto" means

    **a.**    A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment, or

    **b.**    Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged

         However, "auto" does not include "mobile equipment "

**3**    "Bodily injury" means bodily injury, disability, sickness or disease sustained by a person, including death resulting from any of these at any time "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury "

**4.**    "Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America

**5.**    "Covered auto" means only those "autos" to which "underlying insurance" applies

**6.**    "Employee" includes a "leased worker " "Employee" does not include a "temporary worker "

**7.**    "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document

**8.**    "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because

    **a.**    It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous, or

    **b.** You have failed to fulfill the terms of a contract or agreement,

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work," or your fulfilling the terms of the contract or agreement

**9.** "Insured contract" means

    **a.** A contract for a lease of premises However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract",

    **b.** A sidetrack agreement,

    **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad,

    **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality,

    **e.** An elevator maintenance agreement,

    **f.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees," of any "auto " However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees "

    **g.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization Tort liability means a liability that would be imposed by law in the absence of any contract or agreement

Paragraphs **f** and **g.** do not include that part of any contract or agreement

    **1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing,

    **2)** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees," if the "auto" is loaned, leased or rented with a driver, or

    **3)** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a "covered auto" over a route or territory that person or organization is authorized to serve by public authority

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business "Leased worker" does not include a "temporary worker "

**11.** "Loading or unloading" means the handling of property

    **a** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto",

    **b** While it is in or on an aircraft, watercraft or "auto", or

    **c** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered,

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment

    **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads,

    **b.** Vehicles maintained for use solely on or next to premises you own or rent,

    **c.** Vehicles that travel on crawler treads,

    **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted

        **1)** Power cranes, shovels, loaders, diggers or drills, or

        **2)** Road construction or resurfacing equipment such as graders, scrapers or rollers,

    **e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types

    1)   Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment, or

    2)   Cherry pickers and similar devices used to raise or lower workers,

  f.   Vehicles not described in Paragraph **a** , **b** , **c** or **d** above maintained primarily for purposes other than the transportation of persons or cargo

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos"

    1)   Equipment designed primarily for

      **a)**   Snow removal,

      **b)**   Road maintenance, but not construction or resurfacing, or

      **c)**   Street cleaning,

    2)   Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers, and

    3)   Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos "

**13**   "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions

**14.**   "Personal and advertising injury" means injury, including consequential "bodily injury," arising out of one or more of the following offenses

  **a.**   False arrest, detention or imprisonment,

  **b**   Malicious prosecution,

  **c**   The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor,

  **d.**   Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services,

  **e.**   Oral or written publication, in any manner, of material that violates a person's right of privacy,

  **f.**   The use of another's advertising idea in your "advertisement", or

  **g.**   Infringing upon another's copyright, trade dress or slogan in your "advertisement "

**15.**   "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste Waste includes materials to be recycled, reconditioned or reclaimed

**16**   "Pollution cost or expense" means any loss, cost or expense arising out of any

  **a.**   Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects, of "pollutants", or

  **b.**   Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants "

**17.**   "Products-completed operations hazard"

  **a.**   Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except

    1)   Products that are still in your physical possession, or

    2)   Work that has not yet been completed or abandoned  However, "your work" will be deemed completed at the earliest of the following times

      **a)**   When all of the work called for in your contract has been completed

      **b)**   When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site

    c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed

  **b.** Does not include "bodily injury" or "property damage" arising out of

    **1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured, or

    **2)** The existence of tools, uninstalled equipment or abandoned or unused materials

**18.** "Property damage" means

  **a.** Physical injury to tangible property, including all resulting loss of use of that property  All such loss of use shall be deemed to occur at the time of the physical injury that caused it, or

  **b.** Loss of use of tangible property that is not physically injured  All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it

With respect to the ownership, maintenance or use of "covered autos," property damage also includes "pollution cost or expense," but only to the extent that coverage exists under the "underlying insurance" or would have existed but for the exhaustion of the underlying limits

For the purposes of this insurance, with respect to other than the ownership, maintenance or use of "covered autos," electronic data is not tangible property

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment

**19.** "Retained limit" means the available limits of "underlying insurance" scheduled in the Declarations or the "self-insured retention," whichever applies

**20.** "Self-insured retention" means the dollar amount listed in the Declarations that will be paid by the insured before this insurance becomes applicable only with respect to "occurrences" or offenses not covered by the "underlying insurance " The "self-insured retention" does not apply to "occurrences" or offenses which would have been covered by "underlying insurance" but for the exhaustion of applicable limits

**21.** "Suit" means a civil proceeding in which damages because of "bodily injury," "property damage" or "personal and advertising injury" to which this insurance applies are alleged  "Suit" includes

  **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent, or

  **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent or the "underlying insurer's" consent

**22.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions

**23.** "Ultimate net loss" means the total sum, after reduction for recoveries or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of settlement or judgments or any arbitration or other alternate dispute method entered into with our consent or the "underlying insurer's" consent

**24.** "Underlying insurance" means any policies of insurance listed in the Declarations under the Schedule of "underlying insurance "

**25.** "Underlying insurer" means any insurer who provides any policy of insurance listed in the Schedule of "underlying insurance "

**26.** "Volunteer worker" means a person who is not your "employee," and who donates his or her work and acts at the direction of and within the scope of duties determined by you; and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you

**27.** "Your product"

  **a.** Means

    **1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by

      ~~a) You,~~

      **b)** Others trading under your name, or

      **c)**   A person or organization whose business or assets you have acquired, and

   **2)**   Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products

**b.**   Includes

   **1)**   Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product", and

   **2)**   The providing of or failure to provide warnings or instructions

**c.**   Does not include vending machines or other property rented to or located for the use of others but not sold

**28.**   "Your work"

**a.**   Means

   **1)**   Work or operations performed by you or on your behalf, and

   **2)**   Materials, parts or equipment furnished in connection with such work or operations

**b.**   Includes

   **1)**   Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

   **2)**   The providing of or failure to provide warnings or instructions

      Copyright, Insurance Services Office, Inc , 2012      

IL0017 11 98

## COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions

**A. CANCELLATION**

1   The first Named Insured shown in the Declarations or Change Endorsement may cancel this policy by mailing or delivering to us advance written notice of cancellation

2   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least

   a   10 days before the effective date of cancellation if we cancel for nonpayment of premium, or

   b   30 days before the effective date of cancellation if we cancel for any other reason

3   We will mail or deliver our notice to the first Named Insured's last mailing address known to us

4   Notice of cancellation will state the effective date of cancellation   The policy period will end on that date

5   If this policy is cancelled, we will send the first Named Insured any premium refund due   If we cancel, the refund will be pro rata   If the first Named Insured cancels, the refund may be less than pro rata   The cancellation will be effective even if we have not made or offered a refund

6   If notice is mailed, proof of mailing will be sufficient proof of notice

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded   The first Named Insured shown in the Declarations or Change Endorsement is authorized to make changes in the terms of this policy with our consent   This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward

**D. INSPECTIONS AND SURVEYS**

1   We have the right to

   a   Make inspections and surveys at any time,

   b   Give you reports on the conditions we find, and

   c   Recommend changes

2   We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only insurability and the premiums to be charged   We do not make safety inspections   We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public   And we do not warrant that conditions

   a   Are safe or healthful, or

   b   Comply with laws, regulations, codes or standards

3   Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations

4   Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators

**E   PREMIUMS**

The first Named Insured shown in the Declarations or Change Endorsement

1   Is responsible for the payment of all premiums, and

2   Will be the payee for any return premiums we pay

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative   Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property

---

   Copyright, Insurance Services Office, Inc , 1998

20-1768 08/91

## Provisions Applicable To
## CENTRAL MUTUAL INSURANCE COMPANY

### MUTUAL POLICY CONDITIONS

This policy is issued by a Mutual Company   We have special regulations that apply by law to our organization, membership, policies and contracts   The following forms a part of your policy

This policy is nonassessable  You are not subject to any contingent liability nor liable for any assessment

The Board of Directors, at their discretion, may determine and pay you any unused premiums (dividends)

### NOTICE OF ANNUAL MEETING

You are hereby notified that by virtue of this policy, you are a member of the Central Mutual Insurance Company and are entitled to vote either in person or by proxy at any and all meetings of our Company   The annual meetings are held at our home office, Van Wert, Ohio, on the second Wednesday of May in each year at two o'clock P M

20-1769 08/91

## PROVISIONS APPLICABLE TO CENTRAL MUTUAL AND
## ALL AMERICA INSURANCE COMPANIES

**IN WITNESS WHEREOF,** we have executed and attested this policy  If required by state law, this policy is not valid unless it is countersigned by our authorized representative

President                          Secretary

20-1769 08/91

IL 0147 09 11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.**    The term "spouse" is replaced by the following

Spouse or party to a civil union recognized under Illinois law

**B.**    Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following

"Family member" means a person related to the

**1.**    Individual Named Insured by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of such Named Insured's household, including a ward or foster child, or

**2.**    Individual named in the Schedule, Declarations or Change Endorsement by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage - Broadened Coverage For Named Individual Endorsement is attached

**C.**    With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of your household, including a ward or foster child

IL0147 09 11    Copyright, Insurance Services Office, Inc , 2011

IL0162 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

### ILLINOIS CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – MORTGAGEHOLDERS ERRORS AND OMISSIONS
COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under

1. Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Employment-related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy,

2. Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms,

3. Section **III** under the Auto Dealers and Motor Carrier Coverage Forms,

4. Section **A.** Coverage under the Legal Liability Coverage Form, and

5. Coverage **C** – Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend

**B** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs

---

IL0162 10 13                    Copyright, Insurance Services Office, Inc , 2013

CU0200 01 18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this Policy by mailing to us advance written notice of cancellation

2. We may cancel this Policy by mailing to you written notice stating the reason for cancellation. If we cancel

   **a.** For nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation

   **b.** For a reason other than nonpayment of premium, we will mail the notice at least

      **(1)** 30 days prior to the effective date of cancellation if the Policy has been in effect for 60 days or less

      **(2)** 60 days prior to the effective date of cancellation if the Policy has been in effect for more than 60 days

3. If this Policy has been in effect for more than 60 days or is a renewal or continuation policy, we may cancel only for one or more of the following reasons

   **a.** Nonpayment of premium,

   **b.** The Policy was obtained through a material misrepresentation,

   **c.** Any insured has violated any of the terms and conditions of the Policy,

   **d.** The risk originally accepted has measurably increased,

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured, or

   **f.** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the insurance laws of this State

4. We will mail our notice to you, at your last mailing address known to us  Proof of mailing will be sufficient proof of notice

5. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known

6. Notice of cancellation will state the effective date of cancellation  The policy period will end on that date

7. If this Policy is cancelled, we will send the first Named Insured any premium refund due  If we cancel, the refund will be pro rata  If the first Named Insured cancels, the refund will be less than pro rata  The cancellation will be effective even if we have not offered a refund

**B.** Condition **10. When We Do Not Renew** is replaced by the following

**10. When We Do Not Renew**

   **a.** If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal, at least

      **(1)** 60 days before the end of the policy period for all policies other than that described in **a.(2)**; or

      **(2)** 30 days before the end of the policy period for all commercial excess and umbrella liability policies as defined in 215 ILL  COMP  STAT  143 13 (h)  The nonrenewal shall not become effective until at least 30 days from the proof of mailing date of the notice to you

   **b.** Proof of mailing will be sufficient proof of notice

   **c.** Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known

---

CU0200 01 18                Copyright, Insurance Services Office, Inc , 2017                Page 1 of 2

**d.** If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period  Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer

**e.** If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance

For the purposes of Paragraph **a.(2),** commercial excess and umbrella liability policies are defined in 215 ILL COMP  STAT  143 13 (h) as follows

(h)  "Commercial excess and umbrella liability policy" means a policy written over one or more underlying policies for an insured

  (1)  that has at least 25 full-time employees at the time the commercial excess and umbrella liability policy is written and procures the insurance of any risk or risks, other than life, accident and health, and annuity contracts, as described in clauses (a) and (b) of Class 1 of Section 4 and clause (a) of Class 2 of Section 4, by use of the services of a full-time employee acting as an insurance manager or buyer, or

  (2)  whose aggregate annual premiums for all property and casualty insurance on all risks is at least $50,000

Copyright, Insurance Services Office, Inc , 2017

CU2117 12 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED OPERATIONS COVERED BY A CONTROLLED (WRAP-UP) INSURANCE PROGRAM

This endorsement modifies insurance provided under the following

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**SCHEDULE \***

**Description And Location(s) Of Operation(s):**

**\* (If no entry appears above, information required to complete this endorsement will be shown in the Declarations or Change Endorsement as applicable to this endorsement.)**

A. The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages – Coverage A – Bodily Injury And Property Damage Liability.**

   1.  This insurance does not apply to "bodily injury" or "property damage"

      a.  Arising out of your ongoing operations, or

      b.  Included in the "products-completed operations hazard",

      at the location(s) described in the Schedule of this endorsement, Declarations or Change Endorsement but only if you are enrolled in a "controlled (wrap-up) insurance program" with respect to the "bodily injury" or "property damage" described in Paragraphs **1.a.** and **1.b.** above at such location(s)

   2.  This exclusion applies whether or not the "controlled (wrap-up) insurance program"

      a.  Provides coverage identical to that provided by this Coverage Part,

      b.  Has limits adequate to cover all claims, or

      c.  Remains in effect

B. The following definition is added to the **Definitions** section

   "Controlled (wrap-up) insurance program" means a centralized insurance program under which one party has secured either insurance or self-insurance covering some or all of the contractors or subcontractors performing work on one or more specific project(s)

---

CU2117 12 19                Copyright, Insurance Services Office, Inc , 2018

CU2123 02 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

## NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

I.    The insurance does not apply

A.    Under any Liability Coverage, to "bodily injury" or "property damage"

1)    With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability, or

2)    Resulting from the "hazardous properties" of "nuclear material" and with respect to which **a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **b)** the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization

B.    Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if

1)    The "nuclear material" **a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an insured or **b)** has been discharged or dispersed therefrom,

2)    The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured", or

3)    The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **3)** applies only to "property damage" to such "nuclear facility" and any property thereat

II    As used in this endorsement

"Hazardous properties" includes radioactive, toxic or explosive properties

"Nuclear material" means "source material," "Special nuclear material" or "by-product material "

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor "

"Waste" means any waste material **a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility "

"Nuclear facility" means

a)    Any "nuclear reactor",

b)    Any equipment or device designed or used for **1)** separating the isotopes of uranium or plutonium, **2)** processing or utilizing "spent fuel," or **3)** handling, processing or packaging "waste",

c)    Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such

---

CU2123 02 02                Copyright, Insurance Services Office, Inc , 2001                Page 1 of 2

equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

**d)**    Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste",

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material

"Property damage" includes all forms of radioactive contamination of property

    Copyright, Insurance Services Office, Inc , 2001

CU2130 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act  The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act, and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part

CU2130 01 15                Copyright, Insurance Services Office, Inc , 2015

CU2140 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED NUCLEAR, BIOLOGICAL, CHEMICAL OR RADIOLOGICAL ACTS OF TERRORISM; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added

This insurance does not apply to

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism"  However, this exclusion applies only when one or more of the following are attributed to such act

1. The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination, or

2. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials, or

3. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials

**B.** The following definitions are added

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part or underlying insurance to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or underlying insurance

2. Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act  The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following

   a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act, and

   b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part

**D.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury

CU2255 09 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – POLLUTION EXCLUSION – HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

The following is added to Exclusion i. under Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

Paragraph **1)** of this exclusion does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire unless that hostile fire occurred or originated

  a)   At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste, or

  b)   At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants "

Hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be

CU2255 09 00                    Copyright, Insurance Services Office, Inc , 2000

CU3420 12 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EXCLUSION – ALL HAZARDS IN CONNECTION WITH AN
ELECTRONIC SMOKING DEVICE, ITS VAPOR,
COMPONENT PARTS, EQUIPMENT AND ACCESSORIES**

This endorsement modifies insurance provided under the following

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added

This insurance does not apply to

**Electronic Smoking Device**

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the following

1. The design, manufacture, distribution, sale, maintenance, use or repair of

   a. An "electronic smoking device", or

   b. Any component part of, or equipment or accessory designed for use with an "electronic smoking device", including, but not limited to, a mouthpiece, tube, tank, connector, atomizer, cartomizer, clearomizer, coil, battery, charger, cartridge, liquid, flavoring, solutions of any kind, or ingredients therein,

2. The actual, alleged, threatened or suspected inhalation of, contact with, exposure to, existence of, or presence of, vapor delivered from an "electronic smoking device", or

3. Any component part of, or equipment or accessory designed for use with an "electronic smoking device", including, but not limited to those items listed in Paragraph **A.1.b.** of this endorsement, and in connection with the actual, alleged, threatened or suspected inhalation of, contact with, exposure to, existence of, or presence of, vapor delivered from an "electronic smoking device"

**B.** The following definition is added

"Electronic smoking device" means a battery-powered device that delivers a vaporized inhalable substance through a mouthpiece  "Electronic smoking devices" include, but are not limited to, battery-powered

1. Cigarettes,

2. Pipes,

3. Cigars,

4. Hookahs, and

5. Vaporizers, other than steam or mist inhalers

---

CU3420 12 19                    Copyright, Insurance Services Office, Inc , 2018

CU3422 12 20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CANNABIS EXCLUSION

This endorsement modifies insurance provided under the following

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added

This insurance does not apply to

1.  "Bodily injury", "property damage" or "personal and advertising injury" arising out of

    a.  The design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis", or

    b.  The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis", or

2.  "Property damage" to "cannabis"

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **A.1.** or **A.2.** above

However, Paragraph **A.1.b.** does not apply to "bodily injury" or "property damage" arising out of the actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, or contact with, "cannabis" by

> **(1)** An insured, or
>
> **(2)** Any other person for whom you are legally responsible,

but only if the "bodily injury" or "property damage" does not arise out of your selling, serving or furnishing of "cannabis" to any person described above

**B.** The exclusion in Paragraph **A.** does not apply to "personal and advertising injury" arising out of the following offenses

1.  False arrest, detention or imprisonment, or

2.  The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor

**C.** The following definition is added to the **Definitions** section

"Cannabis"

1.  Means

    Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic

2.  Paragraph **C.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid

    a.  Any plant of the genus Cannabis L , or any part thereof, such as seeds, stems, flowers, stalks and roots, or

    b.  Any compound, by-product, extract, derivative, mixture or combination, such as

    > **(1)** Resin, oil or wax,

**(2)** Hash or hemp, or

**(3)** Infused liquid or edible cannabis,

whether or not derived from any plant or part of any plant set forth in Paragraph **C.2.a.**

8-1970 03 06

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## EMPLOYEE BENEFITS LIABILITY COVERAGE

This endorsement modifies insurance provided under the following

COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM

**A**    The following is added to Section I - Coverages

### COVERAGE - EMPLOYEE BENEFITS LIABILITY

1.    **Insuring Agreement**

   **a.**    We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies  We will have the right and duty to defend the insured against any "suit" seeking damages for such an act, error or omission when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted  However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply  At our discretion, we may investigate any report of an act, error or omission and settle any resultant "claim" or "suit," for which we have a duty to defend  But

   1)    The amount we will pay for "ultimate net loss" is limited as described in Paragragh D (Section III - Limits Of Insurance), and

   2)    Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments

   **b.**    This insurance applies only if

   1)    The act, error or omission, is negligently committed in the "administration" of your "employee benefit program",

   2)    The act, error or omission is caused by an "occurrence" that takes place in the "coverage territory," and

   3)    The act, error or omission occurs during the policy period

2.    **Exclusions**

   This insurance does not apply to

   **a**    **Dishonest, Fraudulent, Criminal Or Malicious Act**

   Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute

   **b.**    **Bodily Injury, Property Damage, Or Personal And Advertising Injury**

   "Bodily injury," "property damage" or "personal and advertising injury '

   **c**    **Failure To Perform A Contract**

   Damages arising out of failure of performance of contract by any insurer

   **d.**    **Insufficiency Of Funds**

   Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program "

   **e.**    **Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

   Any "claim" based upon

   1)    Failure of any investment to perform,

8-1970 03 06                                                                                          Page 1 of 4

      **2)**    Errors in providing information on past performance of investment vehicles, or

      **3)**    Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program "

  **f.**   **Workers Compensation And Similar Laws**

     Any "claim" arising out of your failure to comply with the mandatory provisions of any workers compensation, unemployment compensation insurance, social security or disability benefits law or any similar law

  **g.**  **ERISA**

     Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws

  **h.**  **Available Benefits**

     Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance

  **i.**   **Taxes, Fines Or Penalties**

     Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law

  **j.**   **Employment-Related Practices**

     Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices

**B.**   For the purposes of the coverage provided by this endorsement

  **1.**   All references to Supplementary Payments - Coverages A and B are replaced by Supplementary Payments - Coverages A, B and Employee Benefits Liability

  **2.**   Paragraphs 1 b and 3 of the Supplementary Payments provision do not apply

**C.**   For the purposes of the coverage provided by this endorsement, Paragraphs 1 b and 1 c of Section II - Who Is An Insured are replaced by the following

  **1.**   Except for liability arising out of the ownership, maintenance, or use of "covered autos"

    **b.**  Each of the following is also an insured

      **1)**    Each of your "employees" who is or was authorized to administer your "employee benefit program "

      **2)**    Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed

      **3)**    Your legal representative if you die, but only with respect to duties as such  That representative will have all your rights and duties under this endorsement

    **c.**  Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization  However

      **1)**    Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier

      **2)**    Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization

**D.**   For the purposes of the coverage provided by this endorsement, Section III - Limits Of Insurance is replaced by the following

  **1.**   Our obligation to pay damages on behalf of the insured applies only to the amount of "ultimate net loss" in excess of the "retained limit "

  **2**   The Limits of Insurance shown in the Declarations or Change Endorsements and the rules below fix the most we will pay regardless of the number of

a.   Insureds,

b    "Claims" made or "suits" brought,

c.   Persons or organizations making "claims" or bringing "suits",

d.   Acts, errors or omissions, or

e.   Benefits included in your "employee benefit program "

3.   The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss" because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program "

4.   Subject to the Aggregate Limit, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" for damages sustained by any one "employee," including damages sustained by such "employee's" dependents and beneficiaries, as a result of

a.   An act, error or omission, or

b.   A series of related acts, errors or omissions

negligently committed in the "administration" of your "employee benefit program "

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program "

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations or Change Endorsements of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance

E.   For the purposes of the coverage provided by this endorsement, Condition 3  of Section IV - Commercial Liability Umbrella Conditions are replaced by the following

3    **Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

a.   You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim " To the extent possible, notice should include

1)   What the act, error or omission was and when it occurred, and

2)   The names and addresses of anyone who may suffer damages as a result of the act, error or omission

b.   If a "claim" is made or "suit" is brought against any insured, you must

1)   Immediately record the specifics of the "claim" or "suit" and the date received, and

2)   Notify us as soon as practicable

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable

c    You and any other involved insured must

1)   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit",

2)   Authorize us to obtain records and other information,

3)   Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit", and

4)   Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply

d.   No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent

F.   For the purposes of the coverage provided by this endorsement, the following definitions are added to the Definitions Section

8-1970 03 06                                                                         Page 3 of 4

1. "Administration" means

   a. Providing information to "employees," including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs",

   b. Handling records in connection with the "employee benefit program", or

   c. Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program"

   However, "administration" does not include handling payroll deductions

2. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars

3. "Claim" means any demand, or "suit," made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees," whether provided through a "cafeteria plan" or otherwise

   a. Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements,

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits,

   c. Unemployment insurance, social security benefits, workers compensation and disability benefits,

   d. Vacation plans, including buy and sell programs, leave of absence programs, including military, maternity, family, and civil leave, tuition assistance plans, transportation and health club subsidies, and

   e. Any other similar benefits designated in the Schedule, Declarations or Change Endorsements or added thereto by endorsement

G. For the purposes of the coverage provided by this endorsement, Definitions 6 and 21 in the Definitions Section are replaced by the following

   6. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired "Employee" includes a "leased worker " "Employee" does not include a "temporary worker "

   21. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged "Suit" includes

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent, or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent

8-1970 03 06                                                                 Page 4 of 4

8-2004 09 22

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITATION OF POLICY TO FOLLOWING FORM LIABILITY COVERAGE

This endorsement modifies insurance provided under the following

COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM

**A.** Paragraph **2. Exclusions** of **COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is replaced with the following

  **1.** Except to the extent coverage is provided in the "underlying insurance" described in the Schedule of Underlying Insurance, this insurance does not apply to any liability for "bodily injury" or "property damage "

  **2** Regardless of coverage in the "underlying insurance," this insurance does not apply to

  **a. Auto Coverages**

  Any loss, cost or expense payable under or resulting from any first party physical damage coverage, no-fault law, personal injury protection or auto medical payments coverage, or uninsured or underinsured motorists law

  **b. Employment-Related Practices**

  "Bodily injury" to

  **1)** A person arising out of any

  **a)** Refusal to employ that person,

  **b)** Termination of that person's employment, or

  **c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person, or

  **2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **A.2.b.1) a), b),** or **c)** above is directed

  This exclusion applies whether the injury-causing event described in Paragraphs **A.2.b.1)a), b),** or **c)** above occurs before employment, during employment or after employment of that person

  This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury

  **c. Damage to Property**

  "Property damage" to

  **1)** Property

  **a)** You own, rent, or occupy, or

  **b)** Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto",

  **2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises,

**3)** Property loaned to you,

**4)** Personal property in the care, custody or control of the insured,

**d. "Fungi"**

**1)** "Bodily injury" or "Property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to existence of, or presence of, any "fungi" regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage

**2)** Any loss, cost or expense arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi," by an insured or anyone else

**e. Pollution**

**1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants"

   **a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured  However, this subparagraph does not apply to

   **i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests,

   **ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured, or

   **iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire",

   **b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste,

   **c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for

   **i)** Any insured, or

   **ii)** Any person or organization for whom you may be legally responsible, or

   **d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor  However, this subparagraph does not apply to

   **i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them  This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured,

contractor or subcontractor,

ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor, or

iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire "

e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants "

2) Any loss, cost, or expense arising out of any

a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants", or

b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants "

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority

If a more restrictive Pollution exclusion applies to the "underlying insurance," this exclusion does not apply and the coverage provided will follow the Pollution exclusion of the "underlying insurance "

f. **Abuse or Molestation**

"Bodily injury" or "property damage" arising out of

1) The actual, alleged or threatened abuse or molestation, including but not limited to sexual abuse or sexual molestation of any person committed by anyone, or

2) The negligent

a) Employment,

b) Investigation,

c) Supervision,

d) Reporting to the proper authorities, or failure to so report, or

e) Retention,

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1)** above

g. **Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability Damages arising out of:**

1) Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information, or

2) The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense

incurred by you or others arising out of that which is described in Paragraph **1)** or **2)** above

However, unless Paragraph **1)** above applies, this exclusion does not apply to damages because of "bodily injury"

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment

**h. Customer Complaint Legal Defense**

"Defense expenses" incurred to defend against a "customer complaint "

**i. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of

**1)** "Your product"

**2)** "Your work" or

**3)** "Impaired property"

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it

**j.** Any loss, cost, or expense for which the limit in the "underlying insurance" is less than $500,000

This exclusion does not apply if the underlying limit is less than $500,000 solely because of reduction of an aggregate limit due to payment of claims, settlements, or judgments

**k.** Any loss, cost or expense for which coverage is excluded by attachment of a specific Exclusion endorsement to this policy

**l. Motor Sports Activities**

"Bodily injury" or "property damage" arising out of the use of "mobile equipment" or "autos" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest

**B.** Paragraph **2. Exclusions** of **COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY** is replaced with the following

**1.** Except to the extent coverage is provided in the "underlying insurance" described in the Schedule of Underlying Insurance, this insurance does not apply to any liability for "personal and advertising injury"

**2.** Regardless of coverage in the "underlying insurance," this insurance does not apply to

**a. Employment-Related Practices**

"Personal or advertising injury" to

**1)** A person arising out of any

**a)** Refusal to employ that person,

**b)** Termination of that person's employment, or

**c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person, or

**2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **B.2.a.1)** **a)**, **b)**, or **c)** above is directed

This exclusion applies whether the injury-causing event described in Paragraphs **B.2.a.1)a), b),** or **c)** above occurs before employment, during employment or after employment of that person

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury

b. **Abuse or Molestation**

"Personal and advertising injury" arising out of

1) The actual, alleged or threatened abuse or molestation, including but not limited to sexual abuse or sexual molestation of any person committed by anyone, or

2) The negligent

a) Employment,

b) Investigation,

c) Supervision,

d) Reporting to the proper authorities, or failure to so report, or

e) Retention,

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1)** above

c. **Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information

d. Any loss, cost, or expense for which the limit in the "underlying insurance" is less than $500,000

This exclusion does not apply if the underlying limit is less than $500,000 solely because of reduction of an aggregate limit due to payment of claims, settlements, or judgments

e. Any loss, cost or expense for which coverage is excluded by attachment of a specific Exclusion endorsement to this policy

C. SECTION II - WHO IS AN INSURED is replaced with the following

Any insured on any policy of "underlying insurance" is an insured under this insurance, but only to the same extent as on the "underlying insurance"

If coverage provided to an additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance required by the contract, less any amounts payable by any "underlying insurance"

Coverage provided by this insurance will not be broader than coverage provided by the "underlying insurance"

D. SECTION IV - CONDITIONS shall apply except that any amendment to the CONDITIONS in the "underlying insurance" shall apply to this insurance also

E. SECTION V - DEFINITIONS shall apply except that any amendment to the DEFINITIONS in the "underlying insurance" shall apply to this insurance also

8-2074 04 16

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following

COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM

This policy does not apply to "bodily injury" or "property damage," for which any "insured" may be held liable by reason of

1) Causing or contributing to the intoxication of any person,

2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol, or

3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in

   a) The supervision, hiring, employment, training or monitoring of others by that insured, or

   b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol,

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph 1), 2) or 3) above

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages  For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages

8-2074 04 16

8-2351 08 18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**LIMITATION OF POLICY TO FOLLOWING FORM LIABILITY COVERAGE - ILLINOIS**

This endorsement modifies insurance provided under the following

COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM

A. Paragraph **2. Exclusions** of **COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is replaced with the following

1. Except to the extent coverage is provided in the "underlying insurance" described in the Schedule of Underlying Insurance, this insurance does not apply to any liability for "bodily injury" or "property damage."

2. Regardless of coverage in the "underlying insurance," this insurance does not apply to

    a. **Auto Coverages**

    Any loss, cost or expense payable under or resulting from any first party physical damage coverage, no-fault law, personal injury protection or auto medical payments coverage, or uninsured or underinsured motorists law

    b. **Employment-Related Practices**

    "Bodily injury" to

    1) A person arising out of any

        a) Refusal to employ that person,

        b) Termination of that person's employment, or

        c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

    2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **A.2.b.1) a), b),** or **c)** above is directed

    This exclusion applies whether the injury-causing event described in Paragraphs **A.2.b.1)a), b),** or **c)** above occurs before employment, during employment or after employment of that person

    This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury

    c. **Damage to Property**

    "Property damage" to

    1) Property

        a) You own, rent, or occupy, or

        b) Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto",

    2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises,

3) Property loaned to you,

4) Personal property in the care, custody or control of the insured,

**d. "Fungi"**

1) "Bodily injury" or "Property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to existence of, or presence of, any "fungi" regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage

2) Any loss, cost or expense arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi," by an insured or anyone else

**e. Pollution**

1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants"

   a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured  However, this subparagraph does not apply to

      i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests,

      ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured, or

      iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire",

   b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste,

   c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for

      i) Any insured, or

      ii) Any person or organization for whom you may be legally responsible, or

   d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor  However, this subparagraph does not apply to

      i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them  This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured,

contractor or subcontractor,

    ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor, or

    iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire "

  **e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants "

**2)** Any loss, cost, or expense arising out of any

  **a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants", or

  **b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants "

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority

If a more restrictive Pollution exclusion applies to the "underlying insurance," this exclusion does not apply and the coverage provided will follow the Pollution exclusion of the "underlying insurance "

**f. Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability Damages** arising out of

**1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information, or

**2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **1)** or **2)** above

However, unless Paragraph **1)** above applies, this exclusion does not apply to damages because of "bodily injury"

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment

**g. Customer Complaint Legal Defense**

"Defense expenses" incurred to defend against a "customer complaint "

**h. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of

**1)** "Your product"

2) "Your work" or

3) "Impaired property"

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it

**i.** Any loss, cost, or expense for which the limit in the "underlying insurance" is less than $500,000

This exclusion does not apply if the underlying limit is less than $500,000 solely because of reduction of an aggregate limit due to payment of claims, settlements, or judgments

**j.** Any loss, cost or expense for which coverage is excluded by attachment of a specific Exclusion endorsement to this policy

**k. Motor Sports Activities**

"Bodily Injury" or "property damage" arising out of the use of "mobile equipment" or "autos" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest

**B.** Paragraph **2. Exclusions** of **COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY** is replaced with the following

1. Except to the extent coverage is provided in the "underlying insurance" described in the Schedule of Underlying Insurance, this insurance does not apply to any liability for "personal and advertising injury"

2. Regardless of coverage in the "underlying insurance," this insurance does not apply to

**a. Employment-Related Practices**

"Personal or advertising injury" to

1) A person arising out of any

a) Refusal to employ that person,

b) Termination of that person's employment, or

c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **B.2.a.1) a), b), or c)** above is directed

This exclusion applies whether the injury-causing event described in Paragraphs **B.2.a.1)a), b), or c)** above occurs before employment, during employment or after employment of that person

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury

**b. Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information

    **c.** Any loss, cost, or expense for which the limit in the "underlying insurance" is less than $500,000

      This exclusion does not apply if the underlying limit is less than $500,000 solely because of reduction of an aggregate limit due to payment of claims, settlements, or judgments

    **d.** Any loss, cost or expense for which coverage is excluded by attachment of a specific Exclusion endorsement to this policy

**C.** SECTION II - WHO IS AN INSURED is replaced with the following

Any insured on any policy of "underlying insurance" is an insured under this insurance, but only to the same extent as on the "underlying insurance "

If coverage provided to an additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance required by the contract, less any amounts payable by any "underlying insurance "

Coverage provided by this insurance will not be broader than coverage provided by the "underlying insurance "

**D.** SECTION IV - CONDITIONS shall apply except that any amendment to the CONDITIONS in the "underlying insurance" shall apply to this insurance also

**E.** SECTION V - DEFINITIONS shall apply except that any amendment to the DEFINITIONS in the "underlying insurance" shall apply to this insurance also

**8-2413 04 16**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

A.  The following is added to **Section I – Coverage A – Bodily Injury And Property Damage Liability**

This insurance does not apply to

t.  **Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information, or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury"

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment

B.  The following is added to **Section I – Coverage B – Personal And Advertising Injury Liability.**

This insurance does not apply to

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information

 Copyright, Insurance Services Office, Inc , 2013 with its permission

8-2417 04 16

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ILLINOIS CHANGES – UNDERLYING CLAIMS-MADE COVERAGE**

This endorsement modifies insurance provided under the following

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

If any "underlying insurance" is written on a claims-made basis, the following applies to the insurance provided by this policy which is excess over that underlying insurance

A. Paragraphs **1.c.(2), 1.c.(3), 1.d., 1.e.** and **1.f.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** are replaced by the following

  **1. Insuring Agreement**

    c. This insurance applies to "bodily injury" and "property damage" only if

      **(2)** The "bodily injury" or "property damage" did not occur before the Retroactive Date, if any, shown in the Declarations or Change Endorsement of the "underlying insurance" or after the end of the policy period, and

      **(3)** A claim for damages because of the "bodily injury" or "property damage" is first made against any insured, in accordance with Paragraph **d.** below, during the policy period or any Extended Reporting Period we provide under Extended Reporting Periods

    d. A claim by a person or organization seeking damages will be deemed to have been made at the earlier of the following times

      **(1)** When notice of such claim is received and recorded by any insured or by the "underlying insurer" or us if the limits of the "underlying insurance" have been used up, whichever comes first, or

      **(2)** When we make settlement in accordance with Paragraph **1.a.** above, or settlement is made by the "underlying insurer" with our agreement

    e. All claims for damages because of "bodily injury" to the same person, including damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury", will be deemed to have been made at the time the first of those claims is made against any insured

    f. All claims for damages because of "property damage" causing loss to the same person or organization will be deemed to have been made at the time the first of those claims is made against any insured

B. Paragraph **1.c.** of **Section I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following

  **1. Insuring Agreement**

    c. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business, but only if

      **(1)** The offense was committed in the "coverage territory",

      **(2)** The offense was not committed before the Retroactive Date, if any, shown in the Declarations or Change Endorsement of the "underlying insurance" or after the end of the policy period, and

      **(3)** A claim for damages because of the "personal and advertising injury" is first made against any insured, in accordance with Paragraph **d.** below, during the policy period or any Extended Reporting Period we provide under Extended Reporting Periods

C. The following is added to Paragraph **1.** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

  **1. Insuring Agreement**

    d. A claim made by a person or organization seeking damages will be deemed to have been made at the earlier of the following times

      **(1)** When notice of such claim is received and recorded by any insured or by the "underlying insurer" or

 Copyright, Insurance Services Office, Inc , 2012 with its permission

us if the limits of the "underlying insurance" have been used up, whichever comes first, or

(2) When we make settlement in accordance with Paragraph **1.a.** above or settlement is made by the "underlying insurer" with our agreement

All claims for damages because of "personal and advertising injury" to the same person or organization as a result of an offense will be deemed to have been made at the time the first of those claims is made against any insured

**D.** The following is added to **Section I – Coverage B – Personal And Advertising Injury Liability**

This insurance does not apply to

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the Retroactive Date, if any, shown in the Declarations or Change Endorsement

**E.** The following section is added

**Extended Reporting Periods**

1. With respect to any "underlying insurance" written on a claims-made basis, we will provide one or more Extended Reporting Periods, as described below, if

   a This Coverage Part is canceled or not renewed, or

   b. "Underlying insurance" written on a claims-made basis is renewed or replaced with insurance that

   (1) Has a Retroactive Date later than the date shown in the Declarations or Change Endorsement of the "underlying insurance", or

   (2) Does not apply to "bodily injury", "property damage" or "personal and advertising injury" on a claims-made basis

2. Extended Reporting Periods do not extend the policy period or change the scope of coverage provided They apply only to claims for

   a. "Bodily injury" or "property damage" that occurs before the end of the policy period but not before the Retroactive Date, if any, shown in the Declarations or Change Endorsement of the "underlying insurance", or

   b "Personal and advertising injury" caused by an offense committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Declarations or Change Endorsement of the "underlying insurance"

   Once in effect, Extended Reporting Periods may not be canceled

3. A Basic Extended Reporting Period is automatically provided without additional charge This period starts with the end of the policy period and lasts for

   a. Five years with respect to claims because of "bodily injury" and "property damage" arising out of an "occurrence" reported to us, not later than 60 days after the end of the policy period, in accordance with the Duties In The Event Of Occurrence, Offense, Claim Or Suit Condition,

   b. Five years with respect to claims because of "personal and advertising injury" arising out of an offense reported to us, not later than 60 days after the end of the policy period, in accordance with the Duties In The Event Of Occurrence, Offense, Claim Or Suit Condition, and

   c. Sixty days with respect to claims arising from "occurrences" or offenses not previously reported to us

   The Basic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims

4. The Basic Extended Reporting Period does not reinstate or increase the Limits of Insurance

5. A Supplemental Extended Reporting Period of unlimited duration is available, but only by an endorsement and for an extra charge This supplemental period starts when the Basic Extended Reporting Period, set forth in Paragraph **3.** above, ends

   You must give us a written request for the endorsement within 60 days after the end of the policy period The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due

   We will determine the additional premium in accordance with our rules and rates In doing so, we may take into account the following

   a. The exposures insured on a claims-made basis,

   b. Previous types and amounts of insurance,

   c. Limits of Insurance available under this Coverage Part for future payment of damages, and

   d. Other related factors

The additional premium will not exceed 200% of the annual premium for this Coverage Part

This endorsement shall set forth the terms, not inconsistent with this section, applicable to the Supplemental Extended Reporting Period

6. If the Supplemental Extended Reporting Period is in effect, we will provide a supplemental aggregate limit of insurance equal to the dollar amount of the Aggregate Limit shown in the Declarations or Change Endorsement in effect at the end of the policy period, but only for claims first received and recorded during the Supplemental Extended Reporting Period

Limits of Insurance will be amended accordingly  The Personal And Advertising Injury Limit and the Each Occurrence Limit shown in the Declarations or Change Endorsement will then continue to apply

 Copyright, Insurance Services Office, Inc , 2012 with its permission